| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
JESUS SANCHEZ-ALJEO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-0209 AWI |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS |
| | ) | CONFERENCE, AND ORDER THEREON |
| v. | ) | |
| JESUS SANCHEZ-ALJEO, | ) | Date: September 5, 2006 |
| | ) | Time: 9:00 A.M. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that the status conference in the above-referenced matter now set for August 17, 2006, **may be continued to September 5, 2006 at 9:00 A.M.**

This stipulation is presented to the Court at the request of counsel for defendant to allow time for plea negotiations.

///
///
///
///
///
///

The parties also agree that the delay resulting from the continuance shall be excluded in the interests of justice, pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

McGREGOR W. SCOTT
United States Attorney

DATED: August 16, 2006              By  /s/ Steve M. Crass
                                        STEVE M. CRASS
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Public Defender

DATED: August 16, 2006              By  /s/ Ann H. Voris
                                        ANN H. VORIS
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JESUS SANCHEZ-ALEJO

## **O R D E R**

**IT IS SO ORDERED**.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i).

IT IS SO ORDERED.

**Dated:   August 18, 2006**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order                    2